In re ARBITRATION BETWEEN DUN-CANNON BOROUGH MUNICIPAL AUTHORITY AND PENN TOWN-SHIP MUNICIPAL AUTHORITY

Petition of Penn Township
Municipal Authority.

Supreme Court of Pennsylvania.

Aug. 13, 2007.

### ORDER

PER CURIAM:

AND NOW, this 13th day of August, 2007, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, *see Vaccone v. Syken,* 587 Pa. 380, 899 A.2d 1103, 1106 n. 2 (2006), and the order of the Commonwealth Court is AF-FIRMED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Matthew Wayne DIETRICH,
Petitioner.

Supreme Court of Pennsylvania.

Aug. 16, 2007.

### ORDER

PER CURIAM.

AND NOW, this 16th day of August, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in remanding for resentencing instead of reinstating the original restitution order when the amended restitution order was entered without jurisdiction.